**\*\* E-filed May 14, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RON THOMAS, | No. C10-01973 HRL |
| Plaintiff,<br>v.<br>ASTERION, INC., a corporation; BARRY BLANCHA, an individual; and DOES 1–50, inclusive,<br>Defendants. | **ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than May 20, 2010**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 14, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01973 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Nicholas Phillip Connon | nconnon@connonwood.com |
| Peter Edward Schnaitman | pschnaitman@connonwood.com, peschnaitman@hotmail.com |
| Randall Marc Widmann | WidmannLaw@yahoo.com, anna@RMWLaw.net |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**